IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY ROSS GUARIDPEE,<br><br>Defendant. | CR 22-57-GF-BMM<br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Gregory Ross Guardipee, pled guilty to Count I of the Indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting the items described below.

THAT prior to the disposition of the asset, the United States Marshal's Service, the Drug Enforcement Administration, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Guardipee's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a):

A. Remington Model 742, .30-06 rifle, serial number A7123596, with attached scope, magazine, and ammunition;

B. Ruger .22 caliber Winmag bolt action rifle, serial number 701-12888, and attached scope, sling magazine, and ammunition;

C. Silver Winchester Model 25, 12-gauge shotgun, with serial number 51004;

D. Dickenson 12-gauge shotgun, serial number 2033128195;

E. Desert Eagle 9mm handgun, serial number 47300685; and

F. All ammunition seized during the execution of the search warrants at the defendant's home, including the following:

- 13 rounds of .22 caliber ammunition seized from a plastic box;

- 7 rounds of 9mm luger ammunition;

- 1 round of 9mm ammunition with "WCC" stamp;

- 3 Remington 12-guage shotgun shells;

- 1 "W-W" 12-guage shotgun shell;

- 11 rounds of .45 caliber ammunition with "PMC" stamp;

- 41 rounds of .30-06 caliber ammunition of assorted brands found in a green box;

- 19 rounds of .30-06 caliber Hornady brand ammunition seized in a black container;

- 10 rounds of .30-06 ammunition with "SPRG" stamp seized in a clear box; and

- 107 rounds of .22 caliber "F" brand ammunition seized in an orange pill bottle.

THAT the United States Marshal's Service, the Drug Enforcement Administration, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 1st day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court